

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00868-CR

Vanessa Z. **SALAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9364B
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 1, 2015.

_____
Luz Elena D. Chapa, Justice